TODD M. LEVENTHAL, ESQ
Nevada Bar No. 008543
600 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
Attorney for Defendant
JAMES RICHARD WILLIAMS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES RICHARD WILLIAMS, ) <br> ) <br> Defendant. ) <br> _____) | CR-12-cr-00211-JCM-RJJ <br><br> **STIPULATION TO CONTINUE** |

    IT IS HEREBY STIPULATED AND AGREED by and between Defendant, JAMES RICHARD WILLIAMS, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, DANIEL G. BOGDEN, United States Attorney and AMBER M. CRAIG, Assistant U.S. Attorney, that the sentencing hearing currently set for November 29, 2012 at 11:00 am, be vacated and reset until February, 2013.

    This Stipulation is entered into for the following reasons:

    1. Outstanding issues remain regarding the sentencing and disposition of this matter.

    2. Counsel for the defendant has spoken to Mr. Williams and he has no opposition to the continuance.

    3. Mr. Williams is currently in custody.

//

//

4. Counsel for Mr. Williams has spoken to Ms. Amber Craig, Assistant United States Attorney, and she has no objection to the continuance.

DATED this 26th day of November, 2012.

_____-S-_____         _____-S-_____
TODD M. LEVENTHAL, ESQ.          AMBER CRAIG, ESQ.
Counsel for defendant            Assistant U.S. Attorney

TODD M. LEVENTHAL, ESQ
Nevada Bar No. 008543
600 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
Attorney for Defendant
JAMES RICHARD WILLIAMS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-12-00211-JCM (RJJ) |
| Plaintiff, ) | |
| vs. ) | **FINDINGS OF FACT, CONCLUSIONS OF LAW** |
| JAMES RICHARD WILLIAMS, ) | |
| Defendant. ) | |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Outstanding issues remain regarding the sentencing and disposition of this matter.

2. Counsel for the defendant has spoken to Mr. Williams and he has no opposition to the continuance.

3. Mr. Williams is currently in custody.

4. Counsel for Mr. Williams has spoken to Ms. Amber Craig, Assistant United States Attorney, and he has no objection to the continuance.

//

//

**ORDER**

Accordingly, IT IS SO ORDERED that the November 29th 2012 at 11:00 a.m. hearing is vacated and the same is continued and reset for _____, 200__, at the hour of _____ a.m., in courtroom #_____.

Dated this _____ day of November , 2012.

_____
UNITED STATES JUDGE