UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
)
Plaintiff,  )
)
v.  )   2:12-CR-211-JCM-(RJJ)
)
JAMES RICHARD WILLIAMS,  )
)
Defendant.  )

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT JAMES RICHARD WILLIAMS**

On July 6, 2012, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant JAMES RICHARD WILLIAMS to the United States of America. Preliminary Order of Forfeiture, ECF No. 28.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 28) is final as to defendant JAMES RICHARD WILLIAMS.

DATED this 12th day of Feb, 2013.

_____
UNITED STATES DISTRICT JUDGE