**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAMES RICHARD WILLIAMS, ) <br> ) <br> Defendant. ) | 2:12-CR-211-JCM-(VCF) |

**FINAL ORDER OF FORFEITURE**

On July 6, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant JAMES RICHARD WILLIAMS to the criminal offense, forfeiting specific property alleged in the Criminal Information and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant JAMES RICHARD WILLIAMS pled guilty. Criminal Information, ECF No. 21; Change of Plea Minutes, ECF. No. 24; Plea Memorandum, ECF No. 23; Preliminary Order of Forfeiture, ECF No. 28.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 26, 2012, through October 25, 2012, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 35.

. . .

On November 15, 2012, the United States Marshals Service personally served Keyunna Latress Johnson with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 38.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Titan, .25 caliber semi-automatic pistol, black and silver with wood grain handle, Serial No. ED86124; and
2. any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED March 5, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with a copy of the Final Order of Forfeiture on February 15, 2013, by the below identified method of service:

CM/ECF:

Todd M. Leventhal
Leventhal and Associates
600 South Third Street
Las Vegas, NV 89101
Email: todlev@yahoo.com
Counsel for James Richard Williams

Jonathan Sussman
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Email: jonathan_sussman@fd.org
Counsel for James Richard Williams

Rebecca A. Levy
Federal Public Defender
411 E. Bonneville Ave.
Las Vegas, NV 89101
Email: rebecca_levy@fd.org
Counsel for James Richard Williams

/s/ Michelle C. Lewis
Michelle C. Lewis
Paralegal Specialist

3